# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | WILLIAM DANIEL & ANDREA LAYDEN LEIGH CARTER III | | |
| **Case Number:** | 4:08-BK-02794-EWH | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 01, 2009 02:00 PM   COURTROOM 206 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | EUNICE STROUD | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 4409 W. BANFF LN. GLENDALE, AZ 85306 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS SERVICING LP, IT'S SUCCESSORS AND/OR ASSIGNS .

**R / M #:**   34 / 0

## *Appearances:*

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE
VINCENT R. MAYR, ATTORNEY FOR ANDREA LAYDEN LEIGH CARTER, WILLIAM DANIEL CARTER III, Appearing in Phoenix
LEONARD J. MCDONALD, ATTORNEY FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Appearing in Phoenix

## *Proceedings:*

Mr. McDonald states this matter has been reset due to a post-petition default since from April 2009 forward. The trustee has a motion to dismiss set for October 8th. He asks the court to lift the stay.

Mr. Mayr states his client has indicated that his employment status is changing. They would like to amend the plan for a conduit payment.

COURT:  THE HEARING IS CONTINUED TO THURSDAY, OCTOBER 8TH, 2009 AT 9:00 A.M.