# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|   |   |
|---|---|
| **Debtor:** | WILLIAM DANIEL & ANDREA LAYDEN LEIGH CARTER III |
| **Case Number:** | 4:08-BK-02794-EWH  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 08, 2009 09:00 AM  COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matters:*

1) CHAPTER 13 TRUSTEE MOTION TO DISMISS.
   **R / M #:** 82 / 0

2) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 4409 W. BANFF LN. GLENDALE, AZ 85306 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS SERVICING LP, IT'S SUCCESSORS AND/OR ASSIGNS . (cont. from 10/01/09)
   **R / M #:** 34 / 0

## *Appearances:*

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE
VINCENT R. MAYR, ATTORNEY FOR ANDREA LAYDEN LEIGH CARTER, WILLIAM DANIEL CARTER III, Appearing by telephone
LEONARD J. MCDONALD, ATTORNEY FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Appearing by telephone

## *Proceedings:*

Mr. Morris is showing the debtors down over three months in the amount of $3300.00. There was an offer to amend the plan to make it a conduit.

Mr. Mayr states that the debtor will not be able to make this work.

Mr. McDonald does not believe there is a trustee sale set.

COURT: THE MOTION FOR RELIEF IS GRANTED. Counsel to upload the form of order. THE DEBTOR HAS 10 DAYS TO CONVERT OR THE CASE IS DISMISSED. Trustee to upload the form of order.